**Docket No. 24-2710**
**(June 2, 2025, Panel Decision, Judges Parker, Park, Nathan)**

---

# In the United States Court of Appeals

# For the Second Circuit

---

**MATTHEW O'LEARY,**

*Plaintiff-Appellant,*

v.

**CITY OF NEW YORK,**

*Defendant-Appellee.*

\*     \*     \*

**On Appeal from the United States District Court**
**For the Southern District of New York, No. 1:23-cv-05956-NRB**

**Honorable Naomi Reice Buchwald, District Judge**

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE PETITION FOR REHEARING**

---

Kevin T. Snider
Lorna M. Henry
PACIFIC JUSTICE INSTITUTE
9851 Horn Road, Suite 115
Sacramento, CA 95827
Tel. (916) 857-6900

1.     The panel issued its opinion in this appeal on Monday, June 2, 2025. Under the 14-day deadlines provided in Fed. R. App. P. 40(d)(1), any rehearing petition must be filed by June 16, 2025. Plaintiff-Appellant, Matthew O'Leary hereby requests a 14-day extension to June 30, 2025, based on the grounds that follow.

2.     O'Leary's lead appellate counsel, Kevin Snider, will be arguing in the Ninth Circuit Court of Appeals at the Pasadena courthouse on June 5, 2025 in the case of *Foothills Christian Ministries, et al. v. Kim Johnson, et al.*, Docket No. 24-4049.

3.     The appellate cocounsel that will be assisting on the above-encaptioned case is Matthew McReynolds. Mr. McReynolds will be arguing before the Ninth Circuit Court at the Portland courthouse on June 13, 2025 in the case of *Sherry Detwiler v. Mid-Columbia Medical Center, et al.*, Docket No. 24-4049.

4.     A brief for rehearing *en banc* in the *Olympus Spa* case is due June 26, 2025.

5.     This case on appeal entails important issues that are both novel and complex, requiring significant research and analysis. Each of the issues must be assessed by counsel for O'Leary with respect to the factors supporting rehearing, and rehearing by the Court sitting *en banc*, under Fed. R. App. P. 40(b)(1) and 40(b)(2).

6.      Following review of the decision, briefs and record, counsel will also need time to prepare the petition for rehearing, either by the merits panel or the Court sitting *en banc*.

7.      Counsel for O'Leary requests a reasonable time extension of fourteen days to June 30, 2025, and does not anticipate the need for additional time extensions following an initial extension.

8.      Mr. Snider, counsel for O'Leary, contacted counsel for the Defendant-Appellee, Lauren O'Brien, by voicemail and email today regarding O'Leary's intent to request additional time to file a rehearing petition and whether her office would oppose the motion. Ms. O'Brien responded today that her office will not oppose the extension.

Dated: June 3, 2025

Respectfully submitted,

By: /s/ *Kevin T. Snider*

Kevin T. Snider
Lorna M. Henry
PACIFIC JUSTICE INSTITUTE
9851 Horn Road, Suite 115
Sacramento, CA 95827
Tel. (916) 857-6900

Attorneys for Plaintiff-Appellant